UNITED STATES DISTRICT COURT for the middle district of Florida
ELEVENTH CIRCUIT

Whitney Phillips and Ian Phillips                                    Case No. :
Plaintiffs,

v.

Ashley Grayson and Digital Course Recipe,
Defendants.

---

COMPLAINT FOR NEGLIGENCE AND DAMAGES

---

## I. <u>INTRODUCTION</u>

1. Plaintiffs, Whitney Phillips and Ian Phillips (collectively referred to as "Plaintiffs"), bring this action against Defendants, Ashley Grayson ("Grayson") and Digital Course Recipe ("DCR"), seeking relief for negligence and damages resulting from Grayson's reckless actions that caused the unauthorized disclosure of Plaintiffs' private information.

## II. <u>JURISDICTION</u>

2.

## III. <u>PARTIES</u>

3. Plaintiff, Whitney Phillips, is an individual residing in Middleburg, Florida.

4. Plaintiff, Ian Phillips, is an individual residing in Middleburg, Florida, and is also a victim of the negligent actions of the Defendants.

5. Defendant, Ashley Grayson, is an individual residing in Concord, North Carolina.

6. Defendant, Digital Course Recipe, is a business entity operated by Grayson and is based in Concord, North Carolina.

## IV. <u>FACTUAL BACKGROUND</u>

7. On 8/10/2023, Defendant Grayson, through DCR's online platform, posted a private conversation on a social media platform, exposing Plaintiffs' personal information, including income, social security numbers, address, and names, to her over 400,000 followers.

8. This disclosure was done without Plaintiffs' consent and was intended to be private and confidential.

9. The Defendant's actions were negligent, reckless, and showed a complete disregard for Plaintiffs' privacy and safety.


V. <u>NEGLIGENCE</u>

10. Defendants owed a duty of care to Plaintiffs to exercise reasonable care in handling Plaintiffs' private information.

11. Defendants breached this duty by negligently posting Plaintiffs' private information on a public platform without proper safeguards.

12. Defendants' negligence directly and proximately caused harm to Plaintiffs, including emotional distress, financial harm, and compromised safety.

VI. <u>DAMAGES</u>

13. As a result of Defendants' negligence, Plaintiffs have suffered severe emotional distress, financial losses, and other damages.

14. Plaintiffs seek damages in the amount of $2,000,000 to compensate them for the harm caused by Defendants' actions.

VII. <u>CLAIMS FOR RELIEF</u>

*A. Negligence*

15. Defendants had a duty to exercise reasonable care in preventing harm to Plaintiffs by safeguarding their personal information.

16. Defendants breached this duty by negligently disclosing Plaintiffs' private information on a public platform.

17. Defendants' breach of duty was a direct and proximate cause of harm to Plaintiffs, including emotional distress, financial harm, and compromised safety.

18. As a result of Defendants' negligence, Plaintiffs have suffered and continue to suffer damages.

   *B. Invasion of Privacy*

19. Defendants' unauthorized disclosure of Plaintiffs' private information constitutes an invasion of their privacy.

20. The disclosed information was highly offensive and not of public concern.

   *C. Emotional Distress*

21. Defendants' negligent actions have caused Plaintiffs significant emotional distress, including fear for their safety and well-being.


VIII. <u>DEMAND FOR JURY TRIAL</u>

17. Plaintiffs demand a trial by jury on all issues so triable.

IX. <u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

1. Compensatory damages in the amount of $2,000,000.

2. Costs and reasonable attorney's fees.

3. Any other relief deemed just and proper by this Court.


Sep 1, 2023


Whitney Phillips          Ian Phillips
WHITNEY PHILLIPS          IAN PHILLIPS

**Exhibit A** - Defendant's Social Media Post that included leaked personal information posted at 10:00 am



**Exhibit B** - Defendant's post being shared 24 times reaching more than just her 400,000 followers

‹        **Ashley Grayson**        ⋯ 🔍

**Posts**    Photos

helped ppl achieve what they thought they never could! If someone takes the same EXACT hand that you were dealt and they WIN with it, the problem isn't the training, the teacher, the coach etc... the problem is YOU 🤜 It's YOU being unmotivated, not having a work ethic, expecting millions overnight, not having a vision and expecting work to be DONE FOR YOU! If everything can be googled, why has EVERYBODY not google their way into 6 figures? I've been awarded on EVERY SINGLE TEACHING platform that I've ever used for longer than 6 months. Because of my receipts. It's ALL THERE 🔥



❤️👍 719          112 comments  24 shares

**Exhibit C**- Plaintiff's request for removal of private Information via email at 3:18 pm eastern on 8/10/23



Remove my address! ▸ Inbox ×

WHITNEY PHILLIPS <wmbryant327@gmail.com>                    Thu, Aug 10, 3:18 PM
to Ashley, ashley ▾

It's been forward to me that a screen shot with my address was posted.

Remove your screenshot with my address.

**Exhibit D**- Defendant's Refusal to Remove Private Information at 3:31pm Eastern on 8/10/23



Ashley Grayson                                            Thu, Aug 10, 3:31 PM
to me ▾

You posted my information. So please stop emailing me. And addressed the people you were just talking trash about that You are now laughing with. I am blocking your email now. I will not be removing your amazing success story.

**Exhibit E**- Defendant showing cause for post revealing confidential information



On Thu, Aug 10, 2023 at 3:26 PM Ashley Grayson <ashmassengill@gmail.com> wrote:
It was also forwarded to ME (just like someone forwarded you my positive post) that this court document came from you with your online login credentials attached.
[redacted] Have a blessed week ❤

7:07 🌙                        ᵃᵖᵖ 5G 67

‹            **Sherell's post**

**History**

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | Filed: 06/29/2023 Entered: 06/30/2023 | 🔵 Indictment |
| 2 | Filed: 06/29/2023 Entered: 06/30/2023 | 🔵 Indictment (Penalty Copy) |
| 5 | Filed: 07/07/2023 Entered: 07/10/2023 | 🔵 Warrant Returned Executed |
| 7 | Filed: 07/07/2023 Entered: 07/10/2023 | 🔵 Initial Appearance |
| 8 | Filed: 07/07/2023 Entered: 07/10/2023 | 🔵 Order Re: Criminal Rule 5(f) |
| 9 | Filed: 07/07/2023 Entered: 07/10/2023 | 🔵 Financial Affidavit - CJA23 |
| 11 | Filed: 07/07/2023 Entered: 07/10/2023 | 🔵 Order Setting Conditions of Release |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/10/2023 14:25:38 | | | |
| **PACER Login:** | WHITPHILL327 | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 2:23-cr-20121-JPM |
| **Billable Pages:** 1 | | **Cost:** | 0.10 |

**Exhibit F**- Defendant publicly stating her refusal to remove content



**Exhibit G**- Unknown person approaching plaintiffs home the day after defendant's post

**Exhibit H**- Identity Monitoring alerts for both plaintiffs the day of and after defendants post



# Exhibit I - Plaintiff's incident report with local authorities

| | | |
|---|---|---|
| **Agency Name** *Clay County Sheriff's Office* | **INCIDENT/INVESTIGATION REPORT** | Case# **2023-020693** |

**I N C I D E N T**

| | |
|---|---|
| ORI *FL0100000* | Date / Time Reported **08/11/2023 09:09 Fri** Last Known Secure **08/11/2023 09:08 Fri** At Found **08/11/2023 09:09 Fri** |

| Location of Incident *3508 RUSTLEWOOD CT, Middleburg FL 32068* | Premise Type *Cyberspace* | Zone/Tract *21* | |

| | Crime Incident(s) | (Com) | Weapon / Tools *Personal Weapons (hands, Etc.)* | | | Activity *N* |
|---|---|---|---|---|---|---|
| #1 | *Stalking - Simple* *784* | | Entry | Exit | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

**MO**

**V I C T I M**

| # of Victims *1* | Type: PERSON/INDIVIDUAL(NOT A LE) | Injury: None | | Domestic: N |
|---|---|---|---|---|

| Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|
| VI *PHILLIPS, WHITNEY MELISSA* | *I,* | Age *35* | *W* | *F* | | *Resident* | |

| Home Address *3508 RUSTLEWOOD CT , Middleburg FL, 32068-* | | Home Phone *904-597-9221* |
|---|---|---|

| Employer Name/Address *TAX COMPANY (OWNER)* | Business Phone | Mobile Phone |
|---|---|---|

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**O T H E R S   I N V O L V E D**

| Type: | | | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | | | | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |

| Home Address | Home Phone |
|---|---|

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|

| Type: | | | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | | | | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |

| Home Address | Home Phone |
|---|---|

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|

L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found ("OJ" = Recovered for Other Jurisdiction)

**P R O P E R T Y**

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Officer#/ID# *BELL, D. W. (07719)* | | |
|---|---|---|
| Invest ID# *BELL, D. W. (07719)* | Supervisor *EHRENFELD, G. L. (06789)* | |
| **Status** Complainant Signature | Case Status *Inactive* *08/11/2023* | Case Disposition: | Page 1 |

Printed By: KTAYLOR, TRNG-2723                    Sys#: 1662012                    08/22/2023 12:16:55

# Exhibit J - Plaintiff's incident report with Defendants local Authorities

| Agency Name **Kannapolis Police Department** | INCIDENT REPORT PUBLIC COPY | Case# **23-07329** |
|---|---|---|
| ORI **NC 0130200** | | Date / Time Reported 08/20/2023 16:03 Sun |
| | | Last Known Secure 08/10/2023 00:00 Thu |

**INCIDENT**

| Location of Incident **7292 THREE SISTERS LN, Concord NC 28027** | Gang Relat **NO** | Premise Type **Cyberspace** | Zone/Tract **KZ8, K1** | At Found 08/10/2023 20:00 Thu |
|---|---|---|---|---|

| # | Crime Incident(s) | (Com ) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| #1 | **Cyberstalking** CYBERSTALKING | | Entry | Exit | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

MO

**VICTIM**

| # of Victims **1** | Type: INDIVIDUAL/ NOT LAW | Injury: | | | |
|---|---|---|---|---|---|
| V1 | Victim/Business Name (Last, First, Middle) **PHILLIPS, WHITNEY MELISSA** | Victim of Crime # **1.** | DOB Age **35** | Race **B** Sex **F** | Relationship To Offender | Resident Status **Non-Resident** | Military Branch/Status |

| Home Address | | Email | | Home Phone |
|---|---|---|---|---|
| Employer Name/Address | | Business Phone | | Mobile Phone |
| VYR | Make | Model | Style | Color | Lic/Lis | VIN |

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3)   WI = Witness   IO = Involved Other   RP = Reporting Person (if other than victim)

| Type: | | Injury: |
|---|---|---|
| Code | Name (Last, First, Middle) | Victim of Crime # Age | DOB | Race Sex | Relationship To Offender | Resident Status | Military Branch/Status |

| Home Address | Email | Home Phone |
| Employer Name/Address | Business Phone | Mobile Phone |

| Type: | | Injury: |
|---|---|---|
| Code | Name (Last, First, Middle) | Victim of Crime # Age | DOB | Race Sex | Relationship To Offender | Resident Status | Military Branch/Status |

| Home Address | Email | Home Phone |
| Employer Name/Address | Business Phone | Mobile Phone |

**PROPERTY**

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown ("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Officer/ID# **BROUILLETTE, T. A. (4659)** | | |
|---|---|---|
| Invest ID# **BROUILLETTE, T. A. (4659)** | Supervisor **WILSON, W. A. (4135)** | |
| Status | Complainant Signature | Case Status **Open** 08/21/2023 | Case Disposition: | Page 1 |

R_CS1IBR     Printed By: KPOHLMAN, 1205B     Sys#: 184653     08/21/2023 15:46

**Exhibit k** - Defendant's post showing update retracting exposed information 5 hours after Plaintiff's request & 10 hours after it had been posted to the public.



**Exhibit L** - Defendant communicating in comments with plaintiff's cousin stating the post was not intentional hours after she was well aware of exposed private information.



**Exhibit M** - Screenshot sent to the plaintiff with exposed information

