UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WHITNEY PHILLIPS AND IAN PHILLIPS,

    Plaintiffs,

v.

CASE NO.: 3:23-cv-01041-TJC-MCR

ASHLEY GRAYSON AND DIGITAL COURSE RECIPE,

    Defendants.

_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES AS LEAD COUNSEL

**PLEASE TAKE NOTICE** that ROBERT F. COOKE and COOKE CARBONELL LLP, hereby files this Notice of Appearance, as lead counsel, on behalf of Plaintiff(s) WHITNEY PHILLIPS AND IAN PHILLIPS, and further requests that copies of all pleadings, notices and correspondence regarding the above-styled cause be served upon the undersigned attorneys:

    Primary Email: litigation1@cookecarbonell.com
    Secondary: rcooke@cookecarbonell.com
    Tertiary: rfcparalegal@cookecarbonell.com

**[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]**

## CERTIFICATE OF SERVICE

[1]
Cooke Carbonell LLP
10720 Caribbean Boulevard, Suite 540, Cutler Bay, Florida 33189
Tel:786-701-9777 • litigation@CookeCarbonell.com

WE HEREBY CERTIFY that on this ___15___ day of October 2023, pursuant to Rule 2.516, Fla. R. Jud. Admin., the foregoing was electronically filed with the Clerk of Court via Florida's e-Portal.

**COOKE CARBONELL LLP**
*Counsel for Plaintiff(s)*
10720 Caribbean Blvd. Ste 540
Cutler Bay, Florida 33189
Tel: 786-701-9777
Fax.: 305-259-7148
 Primary: litigation@cookecarbonell.com
Secondary: rcooke@cookecarbonell.com
Third: rfcparalegal@cookecarbonell.com

By: _____
Robert F. Cooke, Esq.
FBN: 590533