UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

WHITNEY PHILLIPS and
IAN PHILLIPS

    Plaintiffs,

v.                                 Case No. 3:23-CV-01041-TJC-MCR

ASHLEY GRAYSON and
DIGITAL COURSE RECIPE,

    Defendant.

_____

## DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, WHITNEY PHILLIPS and IAN PHILLIPS, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation: N/A

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor:
   a. WHITNEY PHILLIPS -US CITIZEN OF FLORIDA
   b. IAN PHILLIPS-US CITIZEN OF FLORIDA
   c. ASHLEY GRAYSON- US CITIZEN OF NORTH CAROLINA
   d. DIGITAL COURSE RECIPE - US ENTITY OF NORTH CAROLINA

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:
   a. WHITNEY PHILLIPS
   b. IAN PHILLIPS
   c. ASHLEY GRAYSON
   d. DIGITAL COURSE RECIPE
   e. Robert Cooke
   f. Cooke Carbonell LLP

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome: N/A

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee: N/A

6. Identify each person arguably eligible for restitution:

   ☑ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

*Whitney Phillips*
Whitney Phillips

*Ian Phillips*
Ian Phillips