## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

WHITNEY PHILLIPS AND IAN PHILLIPS,

     Plaintiffs,

                                      CASE NO.: 3:23-cv-10410-TJC-MCR

v.

ASHLEY GRAYSON AND DIGITAL COURSE
RECIPE, LLC.

     Defendants.

_____ /

## NOTICE OF UNAVAILABILITY

**COMES NOW** the undersigned attorney, **Robert F. Cooke** at **Cooke Carbonell LLP** hereby gives notice to the Court, all counsel, and interested parties that he will be unavailable from **December 21st, 2023 through January 8th, 2024**. Counsel respectfully requests that no hearings, depositions, trials, or other legal proceedings or matters be scheduled in the above-styled case during the above-mentioned timeframe.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on this ___20_ day of November, 2023, pursuant to Rule 2.516, Fla. R. Jud. Admin., the foregoing was electronically filed with the Clerk of Court via Florida's e-Portal.

**COOKE CARBONELL LLP**
*Counsel for Defendant*
10720 Caribbean Blvd, Suite 540
Cutler Bay, FL 33189
Tel: 786-701-9777
Fax: 305-259-7148
Primary: litigation@cookecarbonell.com
Secondary: rcooke@cookecarbonell.com

By: */S/ Robert f. Cooke*
**Robert F. Cooke, Esq.**
F.B.N.: 590533

[1]
Cooke Carbonell LLP
10720 Caribbean Boulevard, Suite 540, Cutler Bay, Florida 33189
Tel:786-701-9777 • litigation@CookeCarbonell.com