UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WHITNEY PHILLIPS and IAN PHILLIPS,

    Plaintiffs,

v.                                               CASE NO. 3:23-cv-1041-TJC-MCR

ASHLEY GRAYSON and DIGITAL
COURSE RECIPE,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiffs' Initial Disclosures (Doc. 36). Discovery materials "must not be filed until they are used in the proceeding or the court orders filing." Fed.R.Civ.P. 5(d)(1). Because the Court has not ordered Plaintiffs to *file* the Initial Disclosures and it does not appear that filing is necessary at this time, the filing is due to be stricken.

Accordingly, it is **ORDERED**:

Plaintiffs' Initial Disclosures (**Doc. 36**) is **STRICKEN** without prejudice to filing at a later time if necessary.

**DONE AND ORDERED** at Jacksonville, Florida, on December 5,

2023.

                                      MONTE C. RICHARDSON
                                  UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record

Any Unrepresented Party