IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

WHITNEY PHILLIPS and IAN PHILLIPS,

Plaintiffs,

                                                 Case No. 3:23-CV-01041-TJC-MCR

v.

ASHLEY GRAYSON and DIGITAL COURSE RECIPE,

Defendants.

## PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiffs Whitney Phillips and Ian Phillips hereby submit the following interrogatories to Defendants Ashley Grayson and Digital Course Recipe. Defendants are requested to answer each interrogatory separately and fully in writing, under oath, within thirty (30) days of service of these interrogatories, pursuant to Federal Rule of Civil Procedure 33(b).

## INTERROGATORIES

1. Describe in detail the circumstances and decision-making process that led to the public disclosure of Plaintiffs' private information on August 10$^h$, 2023.

2. Identify all persons who had access to the Plaintiffs' private information before its unauthorized disclosure, including names, job titles, and their relationship to the Defendants.

3. Explain any and all measures taken by the Defendants to secure and protect the private information of the Plaintiffs prior to its unauthorized disclosure.

4. Detail any communications, including dates and participants, between the Defendants and any third parties regarding the Plaintiffs' private information from January 1, 2023, to the present.

5. Provide a complete list of all social media posts, messages, emails, or any other forms of communication made by the Defendants that reference the Plaintiffs or their private information from January 1, 2023, to the present.

6. Describe any and all actions taken by the Defendants after the disclosure of the Plaintiffs' private information to mitigate the damage or notify the Plaintiffs of the disclosure.

7. State whether the Defendants have ever disclosed the private information of any other individual without consent. If so, provide details of each instance.

8. Detail the policies and procedures in place at Digital Course Recipe for handling and protecting personal information and data privacy.

9. Explain any training or guidelines provided to employees or associates of Digital Course Recipe regarding data protection and confidentiality.

10. Identify all insurance policies that may provide coverage for the claims asserted in this lawsuit, including the policy numbers, coverage limits, and the contact information for the insurance carrier.

11. When did you first realize that the Plaintiffs' private information had been publicly disclosed on your platform?

12. After receiving email correspondence requesting the removal of the document containing Plaintiffs' private information, why did you decide to keep the document accessible to the public? Please provide a detailed explanation of your decision-making process.

13. Are you familiar with the document that was posted which contained the Plaintiffs' private information? If yes, please describe how and when you became familiar with this document.

14. State whether the document posted is one that you have received prior to the posting. If so, how many times have you received that exact document or a similar document containing sensitive personal information?

15. You are aware that the document in question is a tax document required to file your taxes and includes private personal information, correct? Please confirm your awareness of the nature of this document and detail any steps you took to protect such information upon receipt.

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, the undersigned certifies that the above interrogatories are submitted in good faith and are relevant to the claims and defenses in this case.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 15 day of February, 2024, pursuant to Rule 2.516, Fla. R. Jud. Admin., the foregoing was electronically filed with the Clerk of Court via Florida's e-Portal.

DATED: 02/15/2024

Respectfully submitted,

*<u>By: /S/ **Whitney Phillips**</u>*

Whitney Phillips

Ian Phillips

(Pro Se Plaintiffs)