IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

WHITNEY PHILLIPS and IAN PHILLIPS,

Plaintiffs,

Case No. 3:23-CV-01041-TJC-MCR

v.

ASHLEY GRAYSON and DIGITAL COURSE RECIPE,

Defendants.

### PLAINTIFFS' AMENDED REQUEST FOR ADMISSIONS TO DEFENDANTS

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiffs Whitney Phillips, and Ian Phillips request that Defendants Ashley Grayson and Digital Course Recipe admit or deny the following statements within thirty (30) days of service of this request. If the Defendants do not respond within this timeframe, the statements will be considered admitted, according to Federal Rule of Civil Procedure 36(a)(3).

### DEFINITIONS

"Document" is defined as any written, recorded, or graphic matter of any nature whatsoever, regardless of how or by whom it was recorded, produced, or reproduced, and includes electronically stored information.

### REQUESTS FOR ADMISSIONS

1. Admit that on August 10, 2023, Defendant Grayson, via Digital Course Recipe's online platform, publicly disclosed a private conversation containing the Plaintiffs' private information.
2. Admit that the unauthorized disclosure included sensitive personal information such as income, social security numbers, addresses, and names of the Plaintiffs.

3. Admit that the disclosure was executed without the consent of the Plaintiffs.
4. Admit that Defendants owed a duty of care to protect the Plaintiffs' private information.
5. Admit that Defendants breached this duty of care by their actions or inactions leading to the unauthorized disclosure of Plaintiffs' private information.
6. Admit that the Plaintiffs have suffered emotional distress as a direct result of the Defendants' actions.
7. Admit that the Plaintiffs have incurred financial harm due to the unauthorized disclosure of their private information.
8. Admit that Defendants have not taken adequate steps to mitigate the damage caused by the unauthorized disclosure.
9. Admit that the document containing the Plaintiffs' private information was accessible on the Defendants' platform for more than 5 hours after the initial request for its removal was made.
10. Admit that Defendants are familiar with the document that was posted and that it contained the Plaintiffs' tax information.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 15 day of February 2024, pursuant to Rule 2.516, Fla. R. Jud. Admin., the foregoing was electronically filed with the Clerk of Court via Florida's e-Portal.

DATED: 02/15/2024

Respectfully submitted,

*By: /S/ **Whitney Phillips***

Whitney Phillips

Ian Phillips

(Pro Se Plaintiffs)

904-597-9221

Email: wmbryant327@gmail.com

3508 Rustlewood ct

Middleburg FL 32068