UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WHITNEY PHILLIPS and
IAN PHILLIPS,

        Plaintiffs,

v.                                CASE NO. 3:23-cv-1041-TJC-MCR

ASHLEY GRAYSON and DIGITAL
COURSE RECIPE,

        Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiffs' First Set of
Interrogatories to Defendants (Doc. 38), Plaintiffs' Request for Admissions to
Defendants (Doc. 39), and Plaintiffs' Amended Request for Admissions to
Defendants (Doc. 40).   Discovery materials "must not be filed until they are
used in the proceeding or the court orders filing."   Fed.R.Civ.P. 5(d)(1).
Because the Court has not ordered Plaintiffs to *file* these discovery materials
and it does not appear that filing is necessary at this time, the filings are due
to be stricken.

      Accordingly, it is **ORDERED**:

      Plaintiffs' First Set of Interrogatories to Defendants (**Doc. 38**),
Plaintiffs' Request for Admissions to Defendants (**Doc. 39**), and Plaintiffs'

Amended Request for Admissions to Defendants (**Doc. 40**) are **STRICKEN** without prejudice to filing at a later time if necessary.

 **DONE AND ORDERED** at Jacksonville, Florida, on February 20, 2024.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record

*Pro Se* Parties