**Exhibit 1**: Ashley Grayson's Business registered to the state of Florida

# Lexi Lux LLC

**Company Number**
2023-001266843

**Status**
Active

**Incorporation Date**
10 May 2023 (5 months ago)

**Company Type**
Limited Liability Company

**Jurisdiction**
Wyoming (US)

**Registered Address**



St. Petersburg

33702

FL

USA

**Agent Name**
Registered Agents Inc

**Agent Address**
30 N Gould St Ste R, Sheridan, WY, 82801, USA

**Directors / Officers**

Ashley Keyana Grayson, organizer

Registered Agents Inc, agent

**Exhibit 2**: Facebook post made on 8/11/2023 at or around 11am eastern.



**Exhibit 3:** Initial Request for removal of tax document.



**Exhibit 4**: Original Text message from March 2022, highlighting the request for Whitney Phillips to be crossed out if ever posted.



**Exhibit 5**: Existing Criminal Case which resulted in widespread media attention

OLDHAM

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR. No. 23-20121 JPM |
| ) | |
| v. ) | |
| ) | 18 U.S.C. §1958 |
| ASHLEY GRAYSON and ) | |
| JOSHUA GRAYSON, ) | |
| ) | |
| Defendants. ) | |

INDICTMENT

THE GRAND JURY CHARGES:

COUNT 1

From on or about August 26, 2022 and continuing until on or about September 11, 2022, in the Western District of Tennessee and elsewhere, the defendants,

ASHLEY GRAYSON
and
JOSHUA GRAYSON

together with others known and unknown to the grand jury, did knowingly and intentionally conspire to use and cause another to use a facility of interstate commerce, to wit: a cellular telephone, with the intent that the murder of D. H. (a real person known to the grand jury) be committed in violation of the law of the state of Mississippi, and as consideration for the receipt of, and promise and agreement to pay, money and other items of penuniary value, all in violation of Title 18, United States Code, Sections 1958.

A TRUE BILL:

**Exhibit 6**: Videos & Posts discussing Ashley Grayson's federal case that caused widespread public attention:
- August 2nd, 2023 (8 days prior to incident) https://youtu.be/iKA2PFSTrOQ?si=mQuKl6yvCOgDsq71
- July 2nd, 2023 https://youtu.be/V4obPmc5gtE?si=16gJQWomZgPOP9Ds
- July 5th, 2023: https://youtu.be/1vzS7ZrzjWs?si=3AH7Li4PUq1CD9Fq
- August 3rd, 2023: https://youtu.be/O7uXjzACh7w?si=dlAPZe9o2E0o704-

- July 14th, 2023: https://youtu.be/Aw1AXMfTV8c?si=rDhQjjMGue2j5DkZ
- July 23rd, 2023: https://youtu.be/reQte6Ocgyg?si=rQ1QlLDmJWp7o6b4
- https://www.facebook.com/share/p/fnrjCH22DKdiHcft/
- https://www.facebook.com/share/v/WME9crF8RydRSMeU/
- https://www.facebook.com/share/p/skxB3gKrq1JZMcaJ/

**Exhibit 7**: Homeschool registration with the state - 9/6/23



**Exhibit 8**: Hotel Receipt from initial temporary relocation.



**Exhibit 9**: Airbnb Receipt from initial temporary relocation



**Exhibit 10**: Private Airbnb Booking via Zelle for initial relocation expenses: $780 paid to Nikki Rabb for her local airbnb.

$780.00



**Exhibit 11** : Notification of identity alerts on both plaintiffs credit the day of and after the exposure.



**Exhibit 12** : Listing agreement showing the house going on the market 8/15/24 (*4 days after the incident*)



**Exhibit 13**: Proof of decline in revenue comparison to the year before in one of the businesses owned by the plaintiffs (***Getting Wealthy With Whit***, A digital Course selling company). Decline shows a loss of over **$118,000**.





**Exhibit 14:** Revenue differential from 2023 tax season to 2024 tax season in one of Whitney Phillips' tax offices: Over $85,000 loss and loss of over 100 clients.

| # | Application Date | Funding Date | Funding Type | Expected Refund | Actual Refund | Customer Disburs | Refund Offset | Advance Repayme | Prior Year Loan D | Refund Product F | Expected Tax Prep | Received Tax Prep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 297 | 2/5/2024 | 2/22/2024 | Federal | 5091 | 457.65 | 0 | 4633.35 | 0 | 0 | 39.95 | 560 | 381.7 |
| 298 | 2/5/2024 | 2/22/2024 | Federal | 5931 | 5931 | 0 | 0 | 0 | 0 | 39.95 | 360 | 360 |
| 299 | 1/25/2024 | 2/22/2024 | Federal | 7420 | 7420 | 0 | 0 | 0 | 0 | 39.95 | 410 | 410 |
| 300 | 2/3/2024 | 2/26/2024 | Federal | 9112 | 9112 | 0 | 0 | 6000 | 0 | 39.95 | 410 | 410 |
| 301 | 1/24/2024 | 2/22/2024 | Federal | 9010 | 9010 | 0 | 0 | 0 | 0 | 39.95 | 485 | 485 |
| 302 | 1/30/2024 | 2/22/2024 | Federal | 5113 | 5113 | 0 | 0 | 0 | 0 | 39.95 | 410 | 410 |
| 303 | 2/3/2024 | 2/22/2024 | Federal | 9369 | 5940.81 | 0 | 3428.19 | 0 | 250 | 39.95 | 360 | 360 |
| 304 | 1/24/2024 | 2/22/2024 | Federal | 3583 | 3583 | 0 | 0 | 1000 | 0 | 39.95 | 435 | 435 |
| 305 | 2/8/2024 | 2/28/2024 | Federal | 6016 | 599.33 | 0 | 5416.67 | 500 | 0 | 39.95 | 360 | 23.38 |
| 306 | 1/24/2024 | 2/22/2024 | Federal | 9909 | 9909 | 0 | 0 | 2477 | 0 | 39.95 | 435 | 435 |
| 307 | 2/3/2024 | 2/22/2024 | Federal | 5185 | 5185 | 0 | 0 | 0 | 0 | 39.95 | 360 | 360 |
| 308 | 1/30/2024 | 2/7/2024 | State | 575 | 575 | 0 | 0 | 0 | 0 | 39.95 | 260 | 260 |
| 309 | 1/30/2024 | 2/14/2024 | Federal | 743 | 743 | 0 | 0 | 0 | 0 | 14 | 260 | 0 |
| 310 | 1/29/2024 | 2/22/2024 | Federal | 7022 | 7022 | 0 | 0 | 1756 | 0 | 39.95 | 660 | 660 |
| 311 | 1/29/2024 | 2/22/2024 | Federal | 7019 | 7019 | 0 | 0 | 1000 | 0 | 39.95 | 760 | 760 |
| 312 | 1/29/2024 | 2/22/2024 | Federal | 8196 | 8196 | 0 | 0 | 500 | 0 | 39.95 | 720 | 720 |
| 313 | 1/29/2024 | 2/22/2024 | Federal | 6508 | 6508 | 0 | 0 | 1000 | 0 | 39.95 | 660 | 660 |
| 314 | 1/30/2024 | 2/22/2024 | Federal | 6746 | 6746 | 0 | 0 | 1646 | 0 | 39.95 | 720 | 720 |
| 315 | 1/30/2024 | 2/14/2024 | Federal | 2129 | 508.64 | 0 | 1620.36 | 0 | 0 | 39.95 | 369 | 369 |
| 316 | 1/30/2024 | 3/12/2024 | State | 385 | 385 | 0 | 0 | 0 | 0 | 14 | 369 | 0 |
| 317 | 1/23/2024 | 2/22/2024 | Federal | 8039 | 8039 | 0 | 0 | 500 | 0 | 39.95 | 584 | 584 |
| 318 | 1/31/2024 | 4/19/2024 | State | 1610 | 1610 | 0 | 0 | 0 | 0 | 14 | 394 | 0 |
| 319 | 1/31/2024 | 2/22/2024 | Federal | 6587 | 6587 | 0 | 0 | 0 | 0 | 39.95 | 394 | 394 |
| 320 | 1/30/2024 | 2/22/2024 | Federal | 6399 | 6399 | 0 | 0 | 500 | 0 | 39.95 | 509 | 509 |
| 321 | 1/30/2024 | 3/8/2024 | State | 1563 | 1563 | 0 | 0 | 0 | 0 | 14 | 509 | 0 |
| 322 | 1/19/2024 | 3/1/2024 | State | 0 | 3294 | 0 | -3294 | 500 | 0 | 39.95 | 535 | 535 |
| 323 | 2/1/2024 | 2/26/2024 | Federal | 8529 | 8529 | 0 | 0 | 0 | 0 | 39.95 | 483 | 483 |
| 324 | 1/19/2024 | 3/1/2024 | State | 0 | 628 | 0 | -628 | 250 | 0 | 39.95 | 360 | 302.05 |
| 325 | 2/1/2024 | 3/13/2024 | State | 1296 | 883.86 | 0 | 412.14 | 0 | 0 | 14 | 433 | 0 |
| 326 | 2/1/2024 | 2/22/2024 | Federal | 6431 | 6431 | 0 | 0 | 0 | 0 | 39.95 | 433 | 433 |
| 327 | | | | | | | | | | | $ | 132,812.97 |

| # | st Name | Disbursement T | Tax Customer Accoun | Card Number | Application Date | Funding Date | Funding Type | Expected Refund | Actual Refund | Customer Disbu | Refund Offset | Advance Repaym | Prior Year Loan | Refund Product | Expected Tax Pre | Received Tax Pre |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 495 | | Direct Deposit | 22321034377328062 | | 2/13/2023 | 2/23/2023 | Federal | 5588 | 4203.43 | 0 | 1384.57 | 0 | 0 | 39.95 | 435 | 435 |
| 496 | | Direct Deposit | 22321034378735729 | | 2/28/2023 | 3/8/2023 | Federal | 1719 | 1719 | 0 | 0 | 0 | 0 | 39.95 | 410 | 410 |
| 497 | | Direct Deposit | 22321034393506931 | | 4/17/2023 | 4/26/2023 | Federal | 2035 | 819.52 | 0 | 1215.48 | 0 | 0 | 39.95 | 360 | 360 |
| 498 | | Direct Deposit | 22321034387536985 | | 3/22/2023 | 3/30/2023 | Federal | 1064 | 1064 | 0 | 0 | 0 | 0 | 39.95 | 360 | 360 |
| 499 | | Direct Deposit | 22321034386933068 | | 2/10/2023 | 2/27/2023 | Federal | 3791 | 1899.96 | 0 | 1891.04 | 0 | 0 | 39.95 | 360 | 360 |
| 500 | | Direct Deposit | 22321034358748528 | | 4/12/2023 | 5/3/2023 | Federal | 6375 | 6026.98 | 0 | 348.02 | 0 | 0 | 39.95 | 660 | 660 |
| 501 | | Direct Deposit | 22321036133628230 | | 1/27/2023 | 2/22/2023 | Federal | 9764 | 9764 | 0 | 0 | 500 | 0 | 39.95 | 460 | 460 |
| 502 | | Direct Deposit | 22321032457564184 | | 2/17/2023 | 3/1/2023 | Federal | 6526 | 6526 | 0 | 0 | 1000 | 0 | 39.95 | 500 | 500 |
| 503 | | Direct Deposit | 22321034377971838 | | 2/6/2023 | 2/22/2023 | Federal | 9362 | 9362 | 0 | 0 | 1000 | 0 | 39.95 | 360 | 360 |
| 504 | | Direct Deposit | 22321034348955266 | | 1/30/2023 | 2/22/2023 | Federal | 9486 | 9486 | 0 | 0 | 0 | 0 | 39.95 | 60 | 60 |
| 505 | ER | Direct Deposit | 22321034398104419 | | 3/7/2023 | 3/22/2023 | Federal | 536 | 536 | 0 | 0 | 0 | 0 | 39.95 | 257 | 257 |
| 506 | | Direct Deposit | 22321034399942650 | | 3/22/2023 | 3/30/2023 | Federal | 1996 | 1996 | 0 | 0 | 0 | 0 | 39.95 | 360 | 360 |
| 507 | | Direct Deposit | 22321034368746033 | | 2/16/2023 | 3/6/2023 | Federal | 4078 | 4078 | 0 | 0 | 1000 | 0 | 39.95 | 557 | 557 |
| 508 | | Check | 22321035926613920 | | 1/19/2023 | 2/22/2023 | Federal | 4811 | 4811 | 3820.05 | 0 | 500 | 0 | 39.95 | 415 | 415 |
| 509 | | Direct Deposit | 22321032609312300 | | 2/1/2023 | 2/16/2023 | Federal | 246 | 246 | 0 | 0 | 0 | 0 | 39.95 | 60 | 60 |
| 510 | | Direct Deposit | 22321032547738756 | | 2/15/2023 | 2/24/2023 | Federal | 3335 | 3335 | 0 | 0 | 250 | 0 | 39.95 | 310 | 310 |
| 511 | | Direct Deposit | 22321032559902514 | | 2/6/2023 | 2/22/2023 | Federal | 4377 | 4377 | 0 | 0 | 500 | 0 | 39.95 | 360 | 360 |
| 512 | | Direct Deposit | 22321032528597031 | | 2/3/2023 | 2/22/2023 | Federal | 5113 | 5113 | 0 | 0 | 500 | 0 | 39.95 | 360 | 360 |
| 513 | | Direct Deposit | 22321032537328311 | | 1/18/2023 | 2/22/2023 | Federal | 10007 | 10007 | 0 | 0 | 1000 | 0 | 39.95 | 15 | 15 |
| 514 | | Direct Deposit | 22321035945746313 | | 1/18/2023 | 2/22/2023 | Federal | 4259 | 4259 | 0 | 0 | 500 | 0 | 39.95 | 365 | 365 |
| 515 | | Direct Deposit | 22321035943615718 | | 1/17/2023 | 2/22/2023 | Federal | 6902 | 6902 | 0 | 0 | 3451 | 0 | 39.95 | 15 | 15 |
| 516 | | Direct Deposit | 22321031308630434 | | 1/31/2023 | 2/23/2023 | Federal | 6286 | 6286 | 0 | 0 | 3143 | 0 | 39.95 | 560 | 560 |
| 517 | | Direct Deposit | 22321031487440449 | | 1/19/2023 | 2/22/2023 | Federal | 4906 | 4906 | 0 | 0 | 500 | 0 | 39.95 | 560 | 560 |
| 518 | | Direct Deposit | 22321030406856099 | | 6/15/2023 | 6/28/2023 | Federal | 3824 | 3824 | 0 | 0 | 0 | 0 | 39.95 | 557 | 557 |
| 519 | | Direct Deposit | 22321034287974781 | | 2/18/2023 | 3/1/2023 | Federal | 5789 | 5789 | 0 | 0 | 250 | 0 | 39.95 | 560 | 560 |
| 520 | | Direct Deposit | 22321034096567636 | | 2/18/2023 | 3/8/2023 | Federal | 8473 | 8473 | 0 | 0 | 0 | 0 | 39.95 | 710 | 710 |
| 521 | | Direct Deposit | 22321034274393656 | | 1/20/2023 | 2/22/2023 | Federal | 6665 | 6665 | 0 | 0 | 500 | 0 | 39.95 | 665 | 665 |
| 522 | | Direct Deposit | 22321034262931251 | | 4/19/2023 | 5/10/2023 | Federal | 3853 | 1136.19 | 0 | 2716.81 | 0 | 0 | 39.95 | 1055 | 1055 |
| 523 | | Direct Deposit | 22321034138508598 | | 4/19/2023 | 4/27/2023 | State | 586 | 586 | 0 | 0 | 0 | 0 | 39.95 | 1055 | 510.05 |
| 524 | | Direct Deposit | 22321034138508598 | | 4/19/2023 | 5/3/2023 | Federal | 6268 | 3331.16 | 0 | 2936.84 | 0 | 0 | 14 | 1055 | 544.95 |
| 525 | | Direct Deposit | 22321033881189028 | | 3/6/2023 | 3/21/2023 | Federal | 7376 | 7376 | 0 | 0 | 1000 | 0 | 39.95 | 710 | 710 |
| 526 | | Direct Deposit | 22321034268906646 | | 1/18/2023 | 2/23/2023 | Federal | 5778 | 5778 | 0 | 0 | 1445 | 0 | 39.95 | 665 | 665 |
| 527 | | Direct Deposit | 22321035711157075 | | 2/17/2023 | 3/1/2023 | Federal | 2935 | 2935 | 0 | 0 | 250 | 0 | 39.95 | 360 | 360 |
| 528 | | Direct Deposit | 22321034257564026 | | 3/1/2023 | 3/8/2023 | Federal | 12129 | 12129 | 0 | 0 | 0 | 0 | 39.95 | 810 | 810 |
| 529 | | Direct Deposit | 22321034096123372 | | 2/11/2023 | 3/1/2023 | Federal | 4964 | 4964 | 0 | 0 | 250 | 0 | 39.95 | 560 | 560 |
| 530 | | Direct Deposit | 22321034024159563 | | 1/23/2023 | 2/23/2023 | Federal | 7804 | 7804 | 0 | 0 | 3902 | 0 | 39.95 | 60 | 60 |
| 531 | | Direct Deposit | 22321034086163768 | | 2/8/2023 | 3/1/2023 | Federal | 1882 | 1882 | 0 | 0 | 250 | 0 | 39.95 | 360 | 360 |
| 532 | | Direct Deposit | 22321035876587017 | | 1/24/2023 | 2/22/2023 | Federal | 6023 | 6023 | 0 | 0 | 3012 | 0 | 39.95 | 60 | 60 |
| 533 | | Direct Deposit | 22321036373257211 | | 2/14/2023 | 2/23/2023 | Federal | 7266 | 7266 | 0 | 0 | 0 | 0 | 39.95 | 710 | 710 |
| 534 | | Direct Deposit | 22321033081502137 | | 1/31/2023 | 2/23/2023 | Federal | 6337 | 6337 | 0 | 0 | 3169 | 0 | 39.95 | 469 | 469 |
| 535 | | | | | | | | | | | | | | | $ | 217,435.91 |

Proof of Relocation:

**Exhibit 15**: Application Approval for temporary relocation (3 bedroom apartment at the Exchange of Orange Park)



**Exhibit 16**: Monthly Rent payment amount



**Exhibit: 17**: Percie Phillips change in living situation due to family's living condition being altered.

Sales Transactions (1-10 of 10)

### Silver Treasures at Orange Park

| Type | Status | Delivery Method |
|---|---|---|
| Invoices | All statuses | Any |

| Date | Type | No. | Customer | Memo | Amount |
|---|---|---|---|---|---|
| 5/1/24 | Invoice | 2412 | Percie Phillips | | $5,240.60 |
| 4/1/24 | Invoice | 2355 | Percie Phillips | | $5,240.60 |
| 7/1/24 | Invoice | 2480 | Percie Phillips | | $5,093.20 |
| 6/1/24 | Invoice | 2444 | Percie Phillips | | $5,343.20 |
| 3/1/24 | Invoice | 2324 | Percie Phillips | | $5,161.70 |
| 2/1/24 | Invoice | 2273 | Percie Phillips | | $5,100.80 |
| 1/1/24 | Invoice | 2241 | Percie Phillips | | $4,925.00 |
| 12/1/23 | Invoice | 2214 | Percie Phillips | | $4,925.00 |
| 11/8/23 | Invoice | 2197 | Percie Phillips | | $3,791.16 |
| 11/8/23 | Invoice | 2196 | Percie Phillips | | $3,000.00 |
| | Total | | | | $47,821.26 |